1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2    Elizabeth Brancart (SBN 122092)
   Post Office Box 686
3  Pescadero, CA 94060
   Tel:   (650) 879-0141
4  Fax:  (650) 879-1103
   cbrancart@brancart.com
5  ebrancart@brancart.com

6  Attorneys for Plaintiff
   Project Sentinel, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PROJECT SENTINEL, INC.,            )   Case No. C 08-01396 EMC
                                      )
12            Plaintiff,              )   NOTICE AND ACKNOWLEDGMENT
                                      )   OF RECEIPT OF SUMMONS AND
13       vs.                          )   COMPLAINT
                                      )
14                                    )
   HENRY HALLER, individually         )
15 and dba HALLER MANAGEMENT          )
   COMPANY; and KATHERINE             )
16 SIMPSON,                           )
                                      )
17            Defendants.             )
                                      )
18

19 TO:  KATHERINE SIMPSON

20
                              NOTICE
21
   The summons and other documents identified below are being served pursuant to
22 section 415.30 of the California Code of Civil Procedure. Failure to complete this
   form and return it to the sender within 20 days may subject you (or the party on
23 whose behalf you are being served) to liability for the payment of any expenses
   incurred in serving a summons upon you in any other manner permitted by law.
24
   If you are served on behalf of a corporation, unincorporated association (including a
25 partnership), or other entity, this form must be signed in the name of such entity by
   you or by a person authorized to receive service of process on behalf of such entity.
26 In all other cases, this form must be signed by you personally or by a person
   authorized by you to acknowledge receipt of summons. Section 415.30 provides that
27 this summons is deemed served on the date of execution of an acknowledgment of
   receipt of summons.
28

---

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF
SUMMONS AND COMPLAINT  - Case No. 08-01396 EMC                    Page 1 of 2

1 | Date of mailing: April 4, 2008
2 |
3 | _____
3 | Elizabeth Brancart
4 |
5 | **ACKNOWLEDGMENT OF RECEIPT**
6 | This acknowledges receipt on *(date)* ___4-16___, 2008, of: Summons;
7 | Complaint for Monetary, Declaratory and Injunctive Relief with Certification of Interested
8 | Entities or Parties; Order Setting Initial Case Management Conference and ADR
9 | Deadlines; Standing Order for Civil Practice in Cases Assigned for All Purposes to
10 | Magistrate Judge Edward M. Chen; Standing Order for All Judges of the Northern
11 | District of California re Contents of Joint Case Management Statement; ECF
12 | Registration Information Handout; Consent to Proceed before a U.S. Magistrate Judge;
13 | Declination to Proceed before a Magistrate Judge and Request for Reassignment;
14 | Notice of Assignment of Case to a United States Magistrate Judge for Trial; Welcome
15 | to the United States District Court, San Francisco.
16 |
17 | *(To be completed by recipient):*
18 | Date this acknowledgment is signed: ___4/16/08___
19 |
20 | KATHERINE SIMPSON                        KEVIN
    (Type of Print Your Name)                (Signature of Person Acknowledging Receipt,
21 |                                          with Title if Acknowledgment is Made on Behalf
                                              of Another Person or Entity)
22 |
23 |
24 |
25 |
26 |
27 |
28 |