**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Project Sentinel Inc., | Case No. C08-1396 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| Henry Haller, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from June 18, 2008 at 1:30 p.m. to **July 2, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A joint Case Management Conference Statement shall be filed by June 25, 2008.

Dated: June 3, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy