UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Project Sentinel, Inc.

                Plaintiff(s),

       v.

Harry Haller, et al.

                Defendant(s).
_____/

CASE NO. C 08-01396 EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE; DECLARATIONS OF ELIZABETH BRANCART & LIZA CRISTOL-DEMAN RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARATION OF JOINT DOCUMENTS

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 2, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Liza Cristol-Deman | Plaintiff | 650-879-0141 | lcristoldeman@brancart.com |

See attached declaration re attempts to meet and confer with Attorney for Defendant Simpson

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 20, 2008

                                                                             Attorney for Plaintiff

Dated: _____

                                                                            Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff
Project Sentinel, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL, INC., <br><br>            Plaintiff, <br><br>   vs. <br><br> HENRY HALLER, individually and dba HALLER MANAGEMENT COMPANY; and KATHERINE SIMPSON, <br><br>            Defendants. | Case No. C 08-01396 EMC <br><br> DECLARATION OF LIZA CRISTOL-DEMAN RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARING JOINT DOCUMENTS |

I, Liza Cristol-Deman, do hereby declare:

1.      I am an attorney at law admitted to practice before this Court and in the courts of the State of California, and I am one of the lead attorneys for plaintiff Project Sentinel in this action. I have personal knowledge of the matters set forth herein, and if called to testify, would and could competently testify to them.

2.      On June 10, 2008, I attempted to reach defendant Katherine Simpson's attorney of record, Paul Utrecht, by phone. I was informed that he was not in the office. I left a message on his voice mail stating that I wanted to discuss the status of the service of the summons and complaint on Mr. Haller, and that we needed to conduct

DECLARATION OF LIZA CRISTOL-DEMAN RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

1

1  the Rule 26 meeting of counsel. I did not receive any call back from Mr. Utrecht or
2  anyone on behalf of defendants.
3      3.    On the morning of June 11, 2008, I sent an email to Mr. Utrecht at the
4  email address provided on the Court's ECF system requesting to discuss the service of
5  the summons and complaint on Mr. Haller, and the Rule 26 meeting of counsel. I
6  stated that I would be available to participate in the Rule 26 meeting until 2:30 p.m. I
7  asked him to provide me with alternative dates and times if he was unavailable on that
8  date. I also stated that I would file a declaration of non-cooperation pursuant to Local
9  Rule 16-9(b) if I did not hear from him by June 18, 2008. I did not receive any phone
10 call, email or other communication from Mr. Utrecht in response.
11     4.    On June 13, 2008, I asked my assistant, Tom Kayes, to send a letter to
12 Mr. Utrecht attaching a copy of my email to ensure that Mr. Utrecht received it. Mr.
13 Kayes sent a letter to Mr. Utrecht via fax and United States mail on June 13, 2008,
14 attaching a copy of my June 11, 2008 email. We received a confirmation from our fax
15 machine indicating that the fax was successfully transmitted. We did not receive any
16 call or email in response from Mr. Utrecht.
17     5.    At approximately 10:00 a.m. on June 20, 2008, I again tried to reach Mr.
18 Utrecht by phone. I was informed that he was not in the office. I stated that my call
19 was urgent and that I needed to speak to someone as soon as possible regarding this
20 case. I was transferred to the voice mail for Mr. Utrecht's assistant, Alicia. I left a
21 message for Alicia advising her that we had received a notice from the Court directing
22 us to meet and confer immediately and to file the ADR Stipulation. I stated that I
23 needed to speak to Mr. Utrecht or someone else in his office as soon as possible. As
24 ///
25 ///
26 ///
27 ///
28 ///

DECLARATION OF LIZA CRISTOL-DEMAN RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN
PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

2

1 of 3:00 today, I have not received any return call or correspondence from Mr. Utrecht's
2 office.
3     I declare under penalty of perjury under the laws of the United States that the
4 foregoing is true and correct.
5     Executed this 20th day of June, 2008, in Loma Mar, California.

                                                                             *[signature]*
                                                                             Liza Cristol-Deman

DECLARATION OF LIZA CRISTOL-DEMAN RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN
PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

3

```
 1  BRANCART & BRANCART
       Christopher Brancart (SBN 128475)
 2     Elizabeth Brancart (SBN 122092)
       Liza Cristol-Deman (SBN 190516)
 3  Post Office Box 686
    Pescadero, CA 94060
 4  Tel:   (650) 879-0141
    Fax:   (650) 879-1103
 5  cbrancart@brancart.com
    ebrancart@brancart.com
 6  lcristoldeman@brancart.com

 7  Attorneys for Plaintiff
    Project Sentinel, Inc.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PROJECT SENTINEL, INC., | Case No. C 08-01396 EMC |
|---|---|
| Plaintiff, | DECLARATION OF ELIZABETH BRANCART RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARING JOINT DOCUMENTS |
| vs. | |
| HENRY HALLER, individually and dba HALLER MANAGEMENT COMPANY; and KATHERINE SIMPSON, | |
| Defendants. | |

I, Elizabeth Brancart, do hereby declare:

1.  I am an attorney at law admitted to practice before this Court and in the courts of the State of California, and I am one of the lead attorneys for plaintiff Project Sentinel in this action. I have personal knowledge of the matters set forth herein, and if called to testify, would and could competently testify to them.

2.  Plaintiff filed the Complaint in this matter on March 11, 2008. On March 13, 2008, I sent out the summons and complaint to be personally served on defendants Harry Haller and Katherine Simpson. On April 2, 2008, I received notification from the process server that numerous service attempts on both defendants were unsuccessful.

DECLARATION OF ELIZABETH BRANCART RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

1

1  I then sent out the summons and complaint to both defendants by mail and requested
2  that they return a notice and acknowledgment of service by mail.
3     3.  Defendant Katherine Simpson acknowledged service by mail on April 16,
4  2008. I did not receive any acknowledgment from Mr. Haller.
5     4.  In mid-April 2008, I received a message on my voice mail from attorney
6  Paul Utrecht. Mr. Utrecht stated that Mr. Haller was currently in his office, and that he
7  wanted to discuss the case with me. I returned his call, but I was unable to reach Mr.
8  Utrecht. I left him a message on his voice mail.
9     5.  In early May 2008, I received another voice mail from Mr. Utrecht
10 requesting a demand from plaintiff and inquiring about the nature of the service
11 of the summons and complaint on Mr. Haller. On May 5, 2008, I sent an email to Mr.
12 Utrecht describing our attempts to serve Mr. Haller in person and by mail along with
13 supporting documentation.
14     6.  On May 12, 2008, I sent an email to Mr. Utrecht attempting to confirm that
15 he represented defendants Haller and Simpson, and inquiring about the notice and
16 acknowledgment of mail service on Mr. Haller. Mr. Utrecht responded by email on the
17 same date, stating that he represented Mr. Haller for the purposes of attempting to
18 settle the case, but was uncertain if he would represent either Haller or Simpson in the
19 litigation. He stated that he would like to determine whether he was representing
20 Haller "before Mr. Haller returns his acknowledgment of service."
21     7.  In a separate email on May 12, 2008, I sent Mr. Utrecht plaintiff's
22 settlement demand, as he had requested. I also mailed the demand to him. In the
23 email, I stated that May 28th was the last day to conduct the Rule 26 and ADR
24 certification meeting under the Court's schedule. I did not receive any response from
25 Mr. Utrecht regarding plaintiff's demand or the meeting of counsel.
26     8.  On May 15, 2008, I sent a letter to Mr. Utrecht via email and U.S. mail
27 reminding him that we were still awaiting the notice and acknowledgment of mail service
28 from Mr. Haller, and the answer to the complaint from Ms. Simpson.

DECLARATION OF ELIZABETH BRANCART RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN
PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

2

9.  On May 16, 2008, I received an email from Mr. Utrecht confirming that he would be representing both Mr. Haller and Ms. Simpson. He requested a two-week extension to respond to the complaint for Ms. Simpson. He also stated that Mr. Haller would return the notice and acknowledgment "next week." Despite that agreement, I have not received the notice and acknowledgment from Mr. Haller.

10. On May 28, 2008, I sent an email to Mr. Utrecht regarding the parties' need to meet and confer to prepare joint documents including the Rule 26(f) report. I suggested June 3, 2008 at 10:00 a.m. as a date and time for the phone conference. Mr. Utrecht did not respond to this email.

11. On May 30, 2008, we received Defendant Katherine Simpson's Answer to Plaintiff's Complaint via email pursuant to the Court's ECF program. Mr. Utrecht is listed as counsel of record for Ms. Simpson. After I received Ms. Simpson's answer to the complaint, I sent an email to Mr. Utrecht asking about the notice of acknowledgment of mail service from Mr. Haller, which Mr. Utrecht represented would be returned during the week of May 19, 2008. I also stated that we would renew our efforts to serve him personally if we did not receive the notice and acknowledgment immediately. I did not receive any response to my email.

12. On June 3, 2008 at approximately 10:00 a.m., the date and time I had suggested for our meeting of counsel, I called Mr. Utrecht to attempt to meet and confer. I was informed that he was unavailable. I left a message on his voice mail stating that I was calling to conduct the Rule 26 meeting of counsel.

13. I did not receive any return phone call, email, or other communications from Mr. Utrecht or anyone else on behalf of defendants. On June 10, 2008, I asked my law partner, Liza Cristol-Deman, to continue our efforts to confer with Mr. Utrecht.

14. I contacted the process server in early June and requested that they renew their efforts to serve Mr. Haller with the summons and complaint in person. Those attempts at personal service have failed. To date, Mr. Haller has not been served in person and has not returned the notice and acknowledgment of service by

DECLARATION OF ELIZABETH BRANCART RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

3

1  mail.

2  15. Other than Ms. Simpson's answer to the complaint, I have not heard from
3  Mr. Utrecht or anyone else on behalf of either defendant since May 16, 2008.

4  I declare under penalty of perjury under the laws of the United States that the
5  foregoing is true and correct.

6  Executed this 20th day of June, 2008, in Loma Mar, California.

*/s/ Elizabeth Brancart*
Elizabeth Brancart

DECLARATION OF ELIZABETH BRANCART RE NON-COOPERATION OF DEFENDANTS' COUNSEL IN PREPARING JOINT DOCUMENTS - CASE NO. C-08-01396 EMC

4