PAUL F. UTRECHT (SBN 118658)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
paul@zulpc.com

Attorneys for Defendant
Henry Haller

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| PROJECT SENTINEL, INC., | Civil Action No. C 08-01396 EMC |
| Plaintiff, | DEFENDANT HENRY HALLER'S ANSWER TO COMPLAINT |
| vs. | JURY TRIAL DEMANDED |
| HENRY HALLER, individually and dba HALLER MANAGEMENT COMPANY; and KATHERINE SIMPSON, | |
| Defendants. | |

Defendant Henry Haller ("Defendant") answers the Complaint as follows:

1.    Defendant denies the allegations of paragraph 1.

2.    Defendant admits the allegations of paragraph 2.

3.    Defendant admits the allegations of paragraph 3.

4.    Defendant admits the allegations of paragraph 4.

5.    Defendant has insufficient information to form a belief as to the truth of

the allegations and therefore denies the allegations of paragraph 5.

6.      Defendant admits the allegations of paragraph 6.

7.      Defendant admits the allegations of paragraph 7.

8.      Defendant admits the first sentence of paragraph 8.  Defendant denies the second sentence of paragraph 8.

9.      Defendant denies the allegations of paragraph 9.

10.     Defendant denies the allegations of paragraph 10.

11.     Defendant denies the allegations of paragraph 11.

12.     Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 12.

13.     Defendant has insufficient information to form a belief as to the truth of sentences one through seven of paragraph 13.  Defendant denies the eighth sentence of paragraph 13.

14.     Defendant has insufficient information to form a belief as to the truth of sentences one through five of paragraph 14.  Defendant denies the sixth sentence of paragraph 14.

15.     Defendant denies the allegations of paragraph 15.

16.     Defendant denies the allegations of paragraph 16.

17.     Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the allegations of paragraph 17.

18.     Defendant denies the allegations of paragraph 18.

19.     Defendant denies the allegations of paragraph 19.

20.     Defendant denies the allegations of paragraph 20.

21.     Defendant denies the allegations of paragraph 21.

22. Defendant denies the allegations of paragraph 22.

23. Defendant realleges and incorporates by reference all prior responses in this answer.

24. Defendant denies the allegations of paragraph 24.

25. Defendant realleges and incorporates by reference all prior responses in this answer.

26. Defendant denies the allegations of paragraph 26.

27. Any allegations of the Complaint not expressly admitted herein are denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. All claims in the Complaint are barred by the doctrine of unclean hands.

3. All claims in the Complaint are barred because plaintiff lacks standing.

4. All claims in the Complaint are barred because plaintiff failed to exhaust administrative remedies before filing their Complaint.

5. As an affirmative defense against injunctive relief, money damages will compensate for the harm claimed, thus there is an adequate remedy at law.

6. Individuals or entities other than Defendant were careless and negligent with respect to the matters alleged in the Complaint, and such carelessness and negligence proximately contributed to the happenings of the matters complained of and to the alleged injuries, loss and damages, if any there were, claimed by plaintiff.

7. Plaintiff's injuries and damages, if any, were caused by the negligence and fault of others than Defendant, and such fault on the part of others proximately

and concurrently caused or contributed to the happenings of the matters complained

of and to the alleged injuries, loss and damages, if any there were, claimed by

plaintiff.

Date: June 25, 2008                    ZACKS UTRECHT & LEADBETTER, P.C.

                                                /S/
                                       _____

                                       By:    Paul F. Utrecht
                                              Attorneys for Henry Haller

## DEMAND FOR JURY TRIAL

Defendant Henry Haller hereby demands a trial by jury.

Date: June 25, 2008

ZACKS UTRECHT & LEADBETTER, P.C.

/S/

By:    Paul F. Utrecht
       Attorneys for Henry Haller