PAUL F. UTRECHT (SBN 118658)
ZACKS UTRECHT & LEADBETTER, P.C.
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
paul@zulpc.com

Attorneys for Defendants
Henry Haller and Katherine Simpson

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PROJECT SENTINEL, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HENRY HALLER, individually<br>and dba HALLER MANAGEMENT<br>COMPANY; and KATHERINE SIMPSON,<br><br>　　　　　Defendants. | Civil Action No. C 08-01396 EMC<br><br>**DEFENDANTS' STATEMENT RE: PROCEEDING BEFORE UNITED STATES MAGISTRATE JUDGE** |

RE: PROCEEDING BEFORE UNITED STATES MAGISTRATE JUDGE:

TAKE NOTICE that, in accordance with the provisions of Title 28, U.S.C. Section 636(c)(1), defendants Henry Haller and Katherine Simpson do not consent to have a United States Magistrate Judge conduct any and all further proceedings in the case.

Dated: June 25, 2008                           ZACKS UTRECHT & LEADBETTER, P.C.


　　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul F. Utrecht

　　　　　　　　　　　　　　　　　　　　Attorneys for Henry Haller and Katherine Simpson

---

DEFENDANTS HENRY HALLER AND KATHERINE SIMPSON DO NOT CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　　　C 08-01396 EMC