**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:  July 10, 2008**                                                        **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-08-1396  PJH**

**Case Name: Project Sentinel v. Henry Haller, et al.**

**Attorney(s) for Plaintiff:   Liza Cristol-Deman not present due to a family emergency.**
**Attorney(s) for Defendant: Scott Freedman**

**Deputy Clerk**: Frank Justiliano                    **Court Reporter**: None

                              **PROCEEDINGS**

**Initial Case Management Conference- NOT held and continued to 7/24/08 at 2:30 p.m. Parties notified by clerk of continuance.**

**Notes:**

**cc: file**