UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** July 24, 2008  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1396 PJH

**Case Name:** Project Sentinel v. Henry Haller, et al.

**Attorney(s) for Plaintiff:** Liza Cristol-Deman
**Attorney(s) for Defendant:** Scott Friedman

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. Defense counsel's request to complete a settlement conference before setting any dates is granted by the court. A further case management conference is set for November 6, 2008 at 2:30 p.m. A joint case management conference statement shall be filed by October 30, 2008.

**REFERRALS:**

**[x] Case referred to (random) Magistrate Judge for SETTLEMENT CONFERENCE to take place within 90 days ,** or as soon thereafter as is convenient for the judge**.**

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file; Wings