BRANCART & BRANCART
Christopher Brancart (SBN 128475)
Elizabeth Brancart (SBN 122092)
Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HENRY HALLER, individually and dba HALLER MANAGEMENT COMPANY; and KATHERINE SIMPSON, <br><br> Defendants. | Case No. C 08-01396 PJH (MEJ) <br><br> ~~PROPOSED~~ CONSENT DECREE AND FINAL ORDER |

This action was brought by plaintiff alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. section 3601 *et seq.* and related state laws by discriminating against families with children on the basis of familial status in connection with the ownership and operation of the apartment building located at 2560 Polk Street in San Francisco, California ("Polk Street building"). Defendants have denied that they discriminated based on familial status or otherwise violated any of the laws alleged by plaintiffs.

The parties have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and

therefore have consented to entry of this decree and order. By entering into this consent decree and final order ("order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiff.

It is hereby ordered, adjudged and decreed that:

1. Defendants shall make a payment to plaintiff in the amount of $28,000 (twenty-eight thousand dollars) in the form of a check made payable to the Attorney-Client Trust Account of Brancart & Brancart. This amount is inclusive of all damages and attorneys' fees and costs to be paid to plaintiff. Defendants shall deliver this payment to plaintiff's counsel no later than 30 days following the parties' execution of the Mutual Release;

2. Plaintiff and defendants shall execute a Mutual Release indicating that this consent decree and final order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit. That Mutual Release shall include a waiver of all known and unknown claims and a waiver of the rights of all parties under California Civil Code section 1542.

3. Defendants, their employees, agents and all others acting on their behalf in connection with the Polk Street building shall comply with the following terms during the duration of this order:

    a. Defendants shall be prohibited from engaging in unlawful discrimination in housing, including but not limited to:

        i. Refusing to rent a dwelling to any person because of familial status;

        ii. Discouraging or encouraging prospective tenants to view or apply to rent a dwelling because of familial status;

        iii. Discriminating against any person in the terms, conditions or privileges of rental of a dwelling because of familial status;

        iv. Misrepresenting the availability of dwellings for rent or providing different information about the availability of apartments because of

        familial status;

        v. Withholding information regarding the availability of apartments for rent because of familial status;

        vi. Making, printing, publishing, or causing to be made, printed, or published any notice, statement or advertisement with respect to the rental of a dwelling that indicates any preference, limitation or discrimination on the basis familial status;

        vii. Steering persons seeking housing to particular units on the basis of familial status; and,

        viii. Inquiring into any prospective tenant's familial status.

b. Defendant Henry Haller, or any future property manager employed by defendant Katherine Simpson, shall provide a copy of the HUD pamphlet entitled "Are you the victim of housing discrimination?" to all prospective tenants for properties they seek to rent (HUD official form 903.1),[1]

c. Defendant Henry Haller shall provide a copy of the HUD pamphlet entitled "Fair Housing – Equal Opportunity for All" (HUD official form 1686 FHEO) to all housing providers for whom he acts as an agent for rental of their properties;

d. Defendants shall advertise each vacancy to be filled at any residential rental premises owned or managed by them by placing an advertisement in a publication of general availability or similar website, such as Craigslist.com, which shall include the statement, "We're a Fair Housing Provider," or words to that effect;

e. Defendants shall display a fair housing poster (HUD official form 928) in a

---

[1] Plaintiff agrees to provide defendants with one copy of this form and the other two HUD publications referenced herein. Defendants are responsible for obtaining additional copies as necessary by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov.

**PROPOSED CONSENT DECREE AND FINAL ORDER; CASE NO. C-08-1396 PJH (MEJ)**

3

conspicuous location in a common area of each residential rental premises that they own or manage;

    f. Defendant Henry Haller shall attend and pay for attending a fair housing training within 90 days of the parties' execution of the Mutual Release, and again once per year for two additional years. Each training session shall be conducted by Project Sentinel, at a cost of $200 per training;

    g. Defendants shall provide a written document to Project Sentinel every year certifying that defendants have complied with the terms of the consent decree for the previous year.

    h. This order is not intended to interfere with defendants' ability to make inquiries of prospective tenants that are permissible by law.

4. This order shall be in effect for a period of three years from the date of entry and the Court shall retain jurisdiction for purposes of enforcement. This order will terminate at the end of the three-year period.

5. The parties agree to provide at least 30 days notice and an opportunity to cure in the event that a dispute arises or a violation of this Order is suspected before filing any action to enforce. The parties further agree that they will exhaust good faith mediation attempts before requesting the assistance of the Court in resolving any disputes that arise under the terms of this order.

Ordered this __22nd__ day of __October__, 2008.



_____
Hon. Phyllis J. Hamilton
United States District Judge

///
///
///
///

Approved as to content and form:

PROPOSED CONSENT DECREE AND FINAL ORDER; CASE NO. C-08-1396 PJH (MEJ)

4

1  BRANCART & BRANCART

3  _____
   Liza Cristol-Deman
4  Attorneys for Plaintiff

6  ZACKS, UTRECHT & LEADBETTER, PC.

7  _____
8  Scott Freedman
   Attorneys for Defendants

PROPOSED CONSENT DECREE AND FINAL ORDER; CASE NO. C-08-1396 PJH (MEJ)

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On October 10, 2008, I served a true and correct copy of the following document(s):

**PROPOSED CONSENT DECREE AND FINAL ORDER**

upon the following person(s):

| | |
|---|---|
| Mr. Scott Freedman<br>Zacks Utrecht & Leadbetter, PC<br>The Russ Building<br>235 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>fax: (415) 288-9755 | |

| | |
|---|---|
| | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
| XX | **BY ELECTRONIC MAIL:** By transmitting the above document(s) to the email addresses of the persons designated above, or by electronically filing the documents on the Court's ECF system. |
| | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2008 at Loma Mar, California.

*James Dee*