BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Elizabeth Brancart (SBN 122092)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
ebrancart@brancart.com
lcristoldeman@brancart.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HENRY HALLER, individually and dba HALLER MANAGEMENT COMPANY; and KATHERINE SIMPSON, <br><br> Defendants. | Case No. C 08-01396 PJH <br><br> [~~PROPOSED~~] ORDER RE JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO CONSENT DECREE AND FINAL ORDER |

///
///
///

[PROPOSED] ORDER

[~~PROPOSED~~] ORDER

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the consent decree and final order and mutual release executed by the parties.

IT IS SO ORDERED.

Dated: October 22, 2008.

Honorable
United



IT IS SO ORDERED
Judge Phyllis J. Hamilton

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO CONSENT DECREE AND FINAL ORDER; [PROPOSED] ORDER - CASE NO. C-08-1396 PJH (MEJ)

3

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On October 10, 2008, I served a true and correct copy of the following document(s):

**[PROPOSED] ORDER**

upon the following person(s):

| | |
|---|---|
| Mr. Scott Freedman<br>Zacks Utrecht & Leadbetter, PC<br>The Russ Building<br>235 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>fax: (415) 288-9755 | |

| | |
|---|---|
| | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
| XX | **BY ELECTRONIC MAIL**: By transmitting the above document(s) to the email addresses of the persons designated above, or by electronically filing the documents on the Court's ECF system. |
| | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
| | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 10, 2008 at Loma Mar, California.

_____
James Dee